UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>  Plaintiff,<br><br>v.<br><br>PYTKO CONSTRUCTION CORP.<br><br>  Defendant, | C.A. No. 04cv12001NMG |

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendant to file an answer to Plaintiff's Complaint may be extended up to and including October 22, 2004. An extension is requested in order to allow additional time for settlement discussions.

Dated: October 7, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell
Attorney for Plaintiff

<u>Certificate of Service</u>

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Roger Leboeuf, Healdon Association, 58 Weybosset St., Suite 606, Providence, RI 02903.

|  |  |
|---|---|
| | <u>/s/Catherine M. Campbell</u> |
| Date: October 7, 2004 | Catherine M. Campbell |