UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>PYTKO CONSTRUCTION CORP.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv12001NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance as counsel for the New England Teamsters and Trucking Industry Pension Fund in the above-captioned matter.

Dated: February 7, 2005

Respectfully submitted,
Jonathan M. Conti
BBO #657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Jonathan M. Conti
Attorney for Plaintiff

Certificate of Service

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Roger Leboeuf, Healdon Association, 58 Weybosset St., Suite 606, Providence, RI 02903.

Date: February 7, 2005

/s/ Jonathan M. Conti
Jonathan M. Conti