UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                 )
            Plaintiff,           )
                                 )          C.A. No. 04cv12001NMG
v.                               )
                                 )
PYTKO CONSTRUCTION CORP.         )
                                 )
            Defendant,           )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking

Industry Pension Fund, and his counsel hereby certify that we have conferred:

(a)     with a view to establish a budget for the costs of conducting the full course, and

various alternative courses, of the litigation; and,

(b)     to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.


_____          _____2/17/2005_____
Charles Langone, as Fund Manager of                    Dated
New England Teamsters and Trucking
Industry Pension Fund


_____          _____2/17/2005_____
Catherine M. Campbell                                  Dated
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976