UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, AS FUND MANAGER OF THE NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND )<br><br>)<br>)<br>)<br>)<br>v. )<br>)<br>PYTKO CONSTRUCTION CORP. ) | C.A. No. 04cv12001NMG |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The Defendant, Pytko Construction Corp., and its counsel hereby certify that we have conferred:

(a)     with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____     02/18/05
Pytko Construction Corp.                           Dated
PAUL F PYTKO, Project Manager & Shareholder

_____     2/18/05
Roger N. LeBoeuf                                    Dated
BBO # 628361
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817
Tel: (401) 421-1500
Fax: (401) 331-5886