UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>PYTKO CONSTRUCTION CORP. )<br>)<br>      Defendant, )<br>_____) | C.A. No. 04cv12001NMG |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Charles Langone, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56, upon the pleadings filed in this action and the accompanying Memorandum of Law, Statement of Undisputed Facts, Affidavit of Charles Langone and Affidavit of Catherine M. Campbell.

The undersigned certifies that her office has conferred with counsel for Defendant and has attempted in good faith to resolve this matter.

Dated: July 22, 2005

For the Plaintiff,

CHARLES LANGONE, as FUND MANAGER
of the NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND  By his
Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell, BBO# 549397
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA 02109
(617) 338-1976

<u>Certificate of Service</u>

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Roger LeBoeuf, Healdon Association, 58 Weybosset St., Suite 606, Providence, RI 02903.


Date:   July 22, 2005                      /s/Catherine M. Campbell
                                               Catherine M. Campbell