UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>PYTKO CONSTRUCTION CORP.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv12001NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

Now, upon application and Affidavits of Plaintiff demonstrating that Defendant owes the New England Teamsters and Trucking Industry Pension Fund the principal sum of $7,084.37 for estimated delinquent contributions for the months of January 2005 to date, late fees in the amount of $260.05, interest in the sum of $93.15, liquidated damages in the sum of $1,468.88, and attorneys' fees and costs in the sum of $2,914.50, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Bridgeport Steel the sum of $11,820.95. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated:_____           _____
                                                                                                Deputy Clerk