# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

July 7, 2005

<u>Via Fax: (401) 331-5886</u>

Roger N. Le Boeuf
Heald & Le Boeuf, Ltd.
58 Weybosset St., Suite 606
Providence, RI 02903

Re:   New England Teamsters and Trucking Industry Pension Fund v.
      Pytko Construction Corp.
      C.A. No.: 04cv12001 NMG

Dear Mr. Leboeuf:

Despite repeated requests, the settlement agreement in this case has not been signed and returned to this office. Payments due under the agreement have not been made.

Please advise your client that if the Settlement Agreement is not signed and returned to this office with all payments due and owing by 5:00 p.m., Monday, July 11, 2005, the Fund will consider the Agreement null and void. A Motion for Summary Judgment will be filed accordingly and I will recommend to the Trustees that the Fund insist that Pytco pay all costs in this matter, including the cost of preparing the Motion, due July 15, and the costs incurred in the ADR process. Contributions for January and May are now overdue in addition to the first payment of $135.33.

Very truly yours,

Catherine M. Campbell

CMC:nd
F:\TEAMSTER\New England Teamsters\Pytco\Correspondence\Leboeuf 7.7.05.doc

