# HEALD & LEBOEUF, LTD.

### Attorneys at Law
### 606 OLD COLONY HOUSE
### 58 WEYBOSSET STREET
### PROVIDENCE, RHODE ISLAND 02903-2817
### (401) 421-1500
### Fax#: (401) 331-5886
### E-Mail TWH@HEALDANDLEBOEUF.COM

## TELECOMMUNICATIONS MEMORANDUM

Thomas W. Heald                                          twh@healdandleboeuf.com
Roger N. LeBoeuf                                         rnl@healdandleboeuf.com
Erin E. Sefranek                                        wes@healdandleboeuf.com

DATE July 15, 2005

TIME:

NUMBER CALLED: (617) 338-7070

TO: Catherine M. Campbell/ Feinberg, Campbell & Zack, P.C.

FROM: Roger N. LeBoeuf, Esq.

MESSAGE:

Re:    Charles Langone et. al. v. Pytko

Dear Catherine:

Pytko has advised that the attached checks are going out to your client in today's mail. Please call me if you do not get these checks within the next couple of days. Thank you for your courtesy and cooperation.

Sincerely,

Roger N. LeBoeuf

# Pages 3 (including cover sheet)
If any difficulty is experienced with this transmission, please call (401) 421-1500.

---

### NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is
1. SUBJECT TO ATTORNEY-CLIENT PRIVILEGE;
2. ATTORNEY WORK PRODUCT; AND/OR
3. CONFIDENTIAL

It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Heald & Associates Attorneys at Law by telephone at (401) 421-1500 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail or, if authorization is granted by the sender, destroyed.

NEW ENGLAND TEAMSTERS PENSION FUND              07/15/05

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| | 07/15/05 | | 135.33 | | 135.33 |

|  | | | 135.33 | | 135.33 |



⑃044421⑃ ⑃011500120⑃ 1116 923 0⑃

PYTKO CONSTRUCTION CO.

NEW ENGLAND TEAMSTERS PENSION FUND              07/15/05          044421

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| | 07/15/05 | | 135.33 | | 135.33 |

|  | | | 135.33 | | 135.33 |

Jul 15 2005 10:45AM HENNIG & LUDGGMENT 16-4 Filed 07/22/2005 Page 3 of 3 p.3

JUL 15 2005 2:08PM HP LASERJET 3200 p.3
PYTKO CONSTRUCTION CO.

044420

## NEW ENGLAND TEAMSTERS PENSION FUND

07/15/05

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| 1-2005 | 01/31/05 | 22292 | 1,507.84 | | 1,507.84 |
| FEB 05 | 02/26/05 | 22060 | 138.88 | | 138.88 |
| MAR 05 | 03/26/05 | 22093 | 287.68 | | 287.68 |
| APR 05 | 04/30/05 | 22071 | 1,029.53 | | 1,329.53 |
| 053105 | 05/31/05 | 22145 | 1,526.88 | | 1,626.88 |
| June05 | | | | | |

4,890.81                    4,890.81



⑈044420⑈ ⑆011500120⑆1116 923 0⑈

## PYTKO CONSTRUCTION CO.

### NEW ENGLAND TEAMSTERS PENSION FUND

07/15/05    044420

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| 1-2005 | 01/31/05 | 22292 | 1,507.84 | | 1,507.84 |
| FEB 05 | 02/26/05 | 22060 | 138.88 | | 138.88 |
| MAR 05 | 03/26/05 | 22093 | 287.68 | | 287.68 |
| APR 05 | 04/30/05 | 22071 | 1,329.53 | | 1,329.53 |
| 053105 | 05/31/05 | 22145 | 1,626.88 | | 1,626.88 |

4,890.81                    4,890.81