UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, AS FUND ) <br> MANAGER OF THE NEW ENGLAND ) <br> TEAMSTERS AND TRUCKING ) <br> INDUSTRY PENSION FUND ) <br>  ) <br>  ) C.A. No. 04cv12001NMG <br> v. ) <br>  ) <br> PYTKO CONSTRUCTION CORP. ) | |

### AFFIDAVIT OF ROGER N. LEBOEUF, ESQ.

I, Roger N. LeBoeuf, Esq., under oath depose and say as follows:

1. That I am a Shareholder of Heald & LeBoeuf, Ltd., I am an attorney of record in the above noted matter for Defendant, Pytko Construction Corp., and I am familiar with the facts set forth herein.
2. The parties, through counsel, exchanged written settlement offers in letters dated May 16, 2005 and May 23, 2005.
3. A true and accurate copy of my May 24, 2005 letter to Catherine M. Campbell, Esq., without enclosures, is attached hereto as Exhibit "A".
4. A true and accurate copy of Ms. Campbell's June 8 letter to me, without enclosures, is attached hereto as Exhibit "B".
5. A true and accurate copy of my July 13 letter to Ms. Campbell is attached hereto as Exhibit "C".
6. A true and accurate copy of my July 15 fax to Ms. Campbell is attached hereto as Exhibit "D".

7. A true and accurate copy of a <u>Motion For Extension of Time To File Motion For Summary Judgment</u> that I received from Ms. Campbell's office is attached hereto as Exhibit "E".

8. A true and accurate copy of a July 20, 2005 email that I received from Ms. Campbell's office is attached hereto as Exhibit "F".

9. A true and accurate copy of my July 20, 2005 response to Ms. Campbell's email is attached hereto as Exhibit "G".

10. A true and accurate copy of a July 21, 2005 docket entry that was email to me from this Court is attached hereto as Exhibit "H".

11. I did not report the case "settled," and at no time have I advised the Court's ADR program that the case was settled.

12. When I received the July 21, 2005 docket entry, I assumed that the plaintiff had received Pytko's checks and that Ms. Campbell's office reported the case to be settled.

_____
Roger N. LeBoeuf, Esq.

Subscribed and sworn to before me in __Providence__, Rhode Island on the __5th__ day of __August__, 2005.

_____
Notary Public
My Commission Expires: 9|8|2005

2