# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

June 8, 2005

Roger N. Le Boeuf
Heald & Le Boeuf, Ltd.
58 Weybosset St., Suite 606
Providence, RI 02903

Re:   New England Teamsters and Trucking Industry Pension Fund v.
      Pytko Construction Corp.
      C.A. No.: 04cv12001 NMG

Dear Mr. Le Boeuf:

The Trustees of the New England Teamsters and Trucking Industry Pension Fund have agreed to accept the settlement proposal of Pytco Construction Corp. I have drafted a settlement agreement which I believe sets for the provisions we discussed. Please review the same and note that the address of the Pension Fund has changed. If the agreement is acceptable, please have your client sign the same and return it to my office as soon as possible. If you have any changes, I can email you a draft to be redlined if you wish.

Very truly yours,

Catherine M. Campbell

CMC:nd
Enc.
TEAMSTER\New England Teamsters\Pytco\Correspondence\Leboeuf 6.8.05.doc



EXHIBIT