# HEALD & LEBOEUF, LTD.

**Attorneys at Law**
606 OLD COLONY HOUSE
58 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903-2817
(401) 421-1500
Fax #: (401) 331-5886
E-Mail **TWH@HEALDANDLEBOEUF.COM**

## TELECOMMUNICATIONS MEMORANDUM

| | |
|---|---|
| Thomas W. Heald | twh@healdandleboeuf.com |
| Roger N. LeBoeuf | rnl@healdandleboeuf.com |
| Erin E. Sefranek | wes@healdandleboeuf.com |

DATE: July 15, 2005

TIME: _____

NUMBER CALLED: (617) 338-7070

TO: Catherine M. Campbell/Feinberg, Campbell & Zack, P.C.

FROM: Roger N. LeBoeuf, Esq.

MESSAGE:

Re:     <u>Charles Langone et. al. v. Pytko</u>

Dear Catherine:

    Pytko has advised that the attached checks are going out to your client in today's mail. Please call me if you do not get these checks within the next couple of days. Thank you for your courtesy and cooperation.

Sincerely,

Roger N. LeBoeuf

# Pages  3   (including cover sheet)
If any difficulty is experienced with this transmission, please call (401) 421-1500.

---

NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is
1. SUBJECT TO ATTORNEY-CLIENT PRIVILEGE;
2. ATTORNEY WORK PRODUCT; AND/OR
3. CONFIDENTIAL

It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Heald & Associates Attorneys at Law by telephone at (401) 421-1500 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail or, if authorization is granted by the sender, destroyed.

EXHIBIT

PYTKO CONSTRUCTION CO.                                                                                   044421

| Vendor ref | date | voucher | | gross | discount | net amount |
|---|---|---|---|---|---|---|
| | 07/15/05 | | | 135.33 | | 135.33 |

NEW ENGLAND TEAMSTERS PENSION FUND                       07/15/05

                                                                                                         135.33              135.33



PYTKO CONSTRUCTION CO.
OPERATING ACCOUNT
611 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RI 02895

CITIZENS BANK

*** One hundred thirty five and 33/100 dollars

PAY TO THE ORDER OF
NEW ENGLAND TEAMSTERS PENSION FUND
P.O. Box 3469
BOSTON, MASS
02241-3469  02241-3469

DATE 07/15/05    AMOUNT $135.33

⑈044421⑈ ⑆011500120⑆ 1116 923 0⑈

---

**PYTKO CONSTRUCTION CO.**                                                                              044421

NEW ENGLAND TEAMSTERS PENSION FUND                       07/15/05

| Vendor ref | date | voucher | | gross | discount | net amount |
|---|---|---|---|---|---|---|
| | 07/15/05 | | | 135.33 | | 135.33 |

                                                                                                         135.33              135.33

PYTKO CONSTRUCTION CO.

044420

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| 1-2005 | 01/31/05 | 22292 | 1,507.84 | | 1,507.84 |
| FEB 05 | 02/26/05 | 22060 | 138.88 | | 138.88 |
| MAR 05 | 03/26/05 | 22093 | 287.68 | | 287.68 |
| APR 05 | 04/30/05 | 22071 | 1,329.53 | | 1,329.53 |
| 053105 | 05/31/05 | 22145 | 1,626.88 | | 1,626.88 |

NEW ENGLAND TEAMSTERS PENSION FUND          07/15/05

4,890.81          4,890.81



Check: PYTKO CONSTRUCTION CO. OPERATING ACCOUNT, 654 EDDIE DOWLING HIGHWAY, NORTH SMITHFIELD, RI 02896. Citizens Bank. Four thousand eight hundred ninety and 81/100 dollars. Date 07/15/05. Amount $4,890.81. Pay to the order of NEW ENGLAND TEAMSTERS PENSION FUND, P.O. Box 3469, BOSTON, MASS 02241-3469. #044420# #011500120# 1116 923 0#

PYTKO CONSTRUCTION CO.

044420

NEW ENGLAND TEAMSTERS PENSION FUND          07/15/05

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| 1-2005 | 01/31/05 | 22292 | 1,507.84 | | 1,507.84 |
| FEB 05 | 02/26/05 | 22060 | 138.88 | | 138.88 |
| MAR 05 | 03/26/05 | 22093 | 287.68 | | 287.68 |
| APR 05 | 04/30/05 | 22071 | 1,329.53 | | 1,329.53 |
| 053105 | 05/31/05 | 22145 | 1,626.88 | | 1,626.88 |

4,890.81          4,890.81