UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>PYTKO CONSTRUCTION CORP.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv12001NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff and requests an extension of time to file a Motion for Summary Judgment from July 15, 2005 to July 22, 2005. This action is for collection of delinquent contributions to an ERISA employee benefit fund, and Defendant has proposed a payment schedule. Additional time is necessary to coordinate a potential settlement of this matter.

Dated: July 15, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell
Attorney for Plaintiff

Certificate of Service
I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Roger Leboeuf, Healdon Association, 58 Weybosset St., Suite 606, Providence, RI 02903.

/s/Catherine M. Campbell
Catherine M. Campbell

Date: July 15, 2005

EXHIBIT E