Wed, Jul 20, 2005  2:56 PM

**Subject: Pytco Corp.**
**Date:** Wednesday, July 20, 2005 2:14 PM
**From:** Nancy Deleon <nancy@fczlaw.com>
**To:** <rnl@healdandleboeuf.com>

Mr. LeBoeuf:

We received a letter from you dated July 13th, stating that the checks from Pytco would be sent out by the end of the week. That week has since passed and the Fund as yet to receive any monies from Pytco. Please let us know the status on these checks.

Thank you.

Nancy Deleon
Legal Assistant to
Catherine M. Campbell, Esq.

EXHIBIT F