Wed, Jul 20, 2005  2:58 PM

**Subject: Re: Pytco Corp.**
**Date:** Wednesday, July 20, 2005 2:58 PM
**From:** heald and Leboeuf <rnl@healdandleboeuf.com>
**To:** Nancy Deleon <nancy@fczlaw.com>

Dear Nancy:

   Thank you for your email.  I thought that my letter was dated Friday July 15.  In any event I faxed that letter to your office on the afternoon of the 15th.

   In any event, I am forwarding your email to Pytko immediately and will inquire into the status of the checks.  Likewise, please advise if the Fund or your office receives the check.

Sincerely,

Roger N. LeBoeuf


On 7/20/05 2:14 PM, "Nancy Deleon" <nancy@fczlaw.com> wrote:

> Mr. LeBoeuf:
>
> We received a letter from you dated July 13th, stating that the checks from Pytco would be sent out by the end of the week.  That week has since passed and the Fund as yet to receive any monies from Pytco.  Please let us know the status on these checks.
>
> Thank you.
>
> Nancy Deleon
> Legal Assistant to
> Catherine M. Campbell, Esq.

EXHIBIT 6