mhtmlmain:                                                                                                7/25/05 2:53 PM

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Franklin, Yvonne entered on 7/21/2005 at 3:52 PM EDT and filed on 7/21/2005
**Case Name:**      Langone v. Pytko Construction Corp.
**Case Number:**    1:04-cv-12001
**Filer:**
**Document Number:**

**Docket Text:**
REPORT of Alternative Dispute Resolution Program. The case was reported settled after referral to the ADR Program, but prior to ADR. (Franklin, Yvonne)

The following document(s) are associated with this transaction:

**1:04-cv-12001 Notice will be electronically mailed to:**

Catherine M. Campbell    cmc@fczlaw.com

Jonathan M. Conti    jmc@fczlaw.com

Roger N. LeBoeuf    rnl@healdandleboeuf.com

**1:04-cv-12001 Notice will not be electronically mailed to:**

Thomas W. Heald
Heald & LeBoeuf, Ltd.
Attorneys at Law
606 Old Colony House
58 Weybosset Street
Providence, RI 02903