PYTKO CONSTRUCTION CO.

044421

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| | 07/15/05 | | 135.33 | | 135.33 |

NEW ENGLAND TEAMSTERS PENSION FUND         07/15/05

| | | | 135.33 | | 135.33 |



PYTKO CONSTRUCTION CO.
OPERATING ACCOUNT
454 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RI 02896

Citizens Bank
Rhode Island
52-12
115

*** One hundred thirty five and 33/100 dollars

DATE 07/15/05    AMOUNT ******135.33

PAY TO THE ORDER OF
NEW ENGLAND TEAMSTERS PENSION FUND
P.O. Box 3469
BOSTON, MASS
02241-3469 02241-3469

"044421"  :011500120: 1116 923 0"

PYTKO CONSTRUCTION CO.

044421

NEW ENGLAND TEAMSTERS PENSION FUND         07/15/05

| Vendor ref | date | voucher | gross | discount | net amount |
|---|---|---|---|---|---|
| | 07/15/05 | | 135.33 | | 135.33 |
| | | | 135.33 | | 135.33 |

EXHIBIT 

Case 1:04-cv-12001-NMG    Document 22-3    Filed 08/05/2005    Page 2 of 3

PYTKO CONSTRUCTION CO.                                                              044420

```
        NEW ENGLAND TEAMSTERS PENSION FUND                      07/15/05

    Vendor ref    date      voucher          gross       discount      net amount
    ----------   --------   --------       ----------   ----------    ----------
    1-2005       01/31/05   22292           1,507.84                    1,507.84
    FEB 05       02/26/05   22060             138.88                      138.88
    MAR 05       03/26/05   22093             287.68                      287.68
    APR 05       04/30/05   22071           1,329.53                    1,329.53
    053105       05/31/05   22145           1,626.88                    1,626.88


                                            4,890.81                    4,890.81
```



**PYTKO CONSTRUCTION CO.**
OPERATING ACCOUNT
654 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RI 02896

Citizens Bank

NUMBER 044420
57-12/115

*** Four thousand eight hundred ninety and 81/100 dollars

DATE 07/15/05      AMOUNT ****4,890.81

PAY TO THE ORDER OF
NEW ENGLAND TEAMSTERS PENSION FUND
P.O. Box 3469
BOSTON, MASS
02241-3469  02241-3469

⑊044420⑊ ⑉011500120⑉ 1116 923 0⑊

PYTKO CONSTRUCTION CO.                                                              044420

```
        NEW ENGLAND TEAMSTERS PENSION FUND                      07/15/05

    Vendor ref    date      voucher          gross       discount      net amount
    ----------   --------   --------       ----------   ----------    ----------
    1-2005       01/31/05   22292           1,507.84                    1,507.84
    FEB 05       02/26/05   22060             138.88                      138.88
    MAR 05       03/26/05   22093             287.68                      287.68
    APR 05       04/30/05   22071           1,329.53                    1,329.53
    053105       05/31/05   22145           1,626.88                    1,626.88


                                            4,890.81                    4,890.81
```

EXHIBIT C

AUG 04 Case 1:04-cv-12001-NMG Document 22-3 Filed 08/05/2005 Page 3 of 3 P.2
08/04/2005 09:54 CITIZENS BANK N SMITHFIELD → 914017620404 NO.412 D03

Page 1 of 1

```
IMI3 08/04/05              DDA STATEMENT INQUIRY              09.51.44 PAGE   3
PYTKO CONSTRUCTION CORP.                ACCT NO. 001-000-0000-0011169230
OPERATING ACCOUNT                       DATE THIS STATEMENT    08/04/05
654 EDDIE DOWLING HIGHWAY               DATE LAST STATEMENT    07/20/05
                        *****DDA TRANSACTIONS*****
    BALANCE         CHECKS/OTHER DEBITS    DEPOSITS/OTHER CREDITS    BALANCE
 LAST STATEMENT    NO.    TOTAL AMOUNT    NO.    TOTAL AMOUNT    THIS STATEMENT
    7665.70        27      173965.69       9      169636.57          3336.58

   DATE   CHECK#     AMOUNT  TYPE  TRANSACTION DESCRIPTION       BALANCE
   07/28  44432     50000.00       CHECK
   07/28              8854.58      Komatsu America  Debits       46210.16-
   07/29               355.88      DEPOSIT
   07/29  44432     50000.00       RETURN ITEM
   07/29                33.00      INSUFF FUNDS                   4112.72
   08/01             10000.00      FROM CHECKING   0011169222
   08/01  44444       750.00       CASHED CHECK
   08/01  44433      5000.00       CHECK
   08/01  44420      4890.81       CHECK
   08/01  44421       135.33       CHECK                          3336.58
   08/02  44432     50000.00       SUBSTITUTE CHECK              46663.42-
   08/03  44432     50000.00       RETURN ITEM
PF1 - PAGE FWD     PF2 - PAGE BKWD
```

http://branchplatform/touchpoint/3270/emul3270.htm                    8/4/2005

EXHIBIT D