## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Charles Langone, as Fund Mgr.

New England Teamsters,

        Plaintiff

v.                                           Civil Action No. 04-12001-NMG

Pytko Construction Corp.,
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

      The Court having been advised by counsel on 9/13/2005 that this action has settled, IT

IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                                          By the Court,

                                          /S/ Craig J. Nicewicz

<u>9/13/05  </u>                                 _____
  Date                                   Craig J. Nicewicz
                                      Courtroom Clerk